```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058
EMAIL:  deltalawgroup@yahoo.com
```

Attorneys for Plaintiff
HOLLIS D'AMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIS D'AMORE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL, L.L.C. dba WILSHIRE CONSUMER CREDIT and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:14-cv-02459-JCS<br><br>**STIPULATED DISMISSAL WITH PREDJUICE; PROPOSED ORDER**<br><br><br><br>Judge: Hon. Joseph C. Spero<br>Complaint Filed: May 28, 2014 |

   The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action with prejudice.

DATED:  June 26, 2015           DELTA LAW GROUP

                                /s/ Jim G. Price

                          BY:_____
                                JIM G. PRICE*
                                Attorneys for Plaintiff
                                HOLLIS D'AMORE

DATED: June 26, 2015           MOLINO & BERARDINO

/s/ Albert P. DiRocco, Jr.

BY:_____
ALBERT P. DI ROCCO, JR.
Attorney for Defendant WILSHIRE COMMERCIAL CAPITAL, L.L.C. dba WILSHIRE CONSUMER CREDIT

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal with Prejudice.  I hereby attest that Albert P. DiRocco, Jr. has concurred in this filing.
*/s/ Jim G. Price*