DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
TELEPHONE: 925-516-4686
FACSIMILE: 925-516-4058
EMAIL: deltalawgroup@yahoo.com

Attorneys for Plaintiff
HOLLIS D'AMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIS D'AMORE, an individual, | Case No. 3:14-cv-02459-JCS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WILSHIRE COMMERCIAL CAPITAL, L.L.C. dba WILSHIRE CONSUMER CREDIT and DOES 1 through 20, inclusive, | Judge: Hon. Joseph C. Spero |
| Defendants. | Complaint Filed: May 28, 2014 |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: June 29, 2015

/s/ Joseph C. Spero
HON. JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE